**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONNA YOCUM, </br></br>   Plaintiff, </br></br> v. </br></br> COMMISSIONER OF SOCIAL SECURITY, </br></br>   Defendant. | Case No.: 1:13-cv-01825- JLT </br></br> ORDER GRANTING EXTENSION OF TIME </br></br> (Doc. 11) |

On March 10, 2014, the parties stipulated for Plaintiff to have an extension of time to file an opening brief. (Doc. 11.) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 5 at 4), and this is the first extension requested. Thus, an extension of thirty days is appropriate.

Accordingly, **IT IS HEREBY ORDERED**:

1. The extension of time is **GRANTED**;

2. Plaintiff **SHALL** file an opening brief on or before **June 24, 2014**.

IT IS SO ORDERED.

Dated:   **May 20, 2014**              **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE

1