# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA YOCUM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.: 1:13-cv-01825- JLT<br><br>AMENDED ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 11) |

On March 10, 2014, the parties stipulated for Plaintiff to have an extension of time to serve Defendant with a confidential letter brief. (Doc. 11.) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 5 at 4), and this is the first extension requested. Thus, an extension of thirty days is appropriate.

Accordingly, **IT IS HEREBY ORDERED**:

1. The extension of time is **GRANTED**;
2. Plaintiff **SHALL** serve Defendant with her confidential letter brief no later than **June 24, 2014**.

IT IS SO ORDERED.

Dated: **June 12, 2014**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1