# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA YOCUM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br><br>　　　　Defendant. | Case No.: 1:13-cv-01825 - JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 16) |

On September 23, 2014, the parties filed a stipulation for Defendant Carolyn Colvin, Acting Commissioner of Social Security, to have an extension of thirty days to file a response to Plaintiff's opening brief. (Doc. 16.) Importantly, the scheduling order in this action allows for "a *single* thirty (30) day extension" by stipulation of the parties. (Doc. 5 at 4, emphasis added.)

Here, Defendant's counsel requests the extension due to "a heavy workload." (Doc. 16 at 2.) Notably, Plaintiff does not oppose the request. Accordingly, the Court **ORDERS**:

1. Defendant's request for an extension of time is **GRANTED**;
2. Defendant **SHALL** a brief in opposition no later than **October 27, 2014**.

**No further extensions of time will be granted without a showing of good cause.**

IT IS SO ORDERED.

Dated: **September 24, 2014**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE